**FILED**
04/06/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT FORM

(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF Indiana

(Full name of plaintiff(s))

Aaron Travis Weston

vs

(Full name of defendant(s))

Fayette County Jail
Zach Jones
Tanner Earl

Case Number:

2:23-cv-00175-MPB-MJD

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of ___Indiana___, and is located at
   (State)

   Putnamville Correctional Facility 1946 W. US Hwy 40 Greencastle, IN. 46135
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant ___Fayette County Jail___
   (Name)

Zach Jones, defendant, is a citizen of Indiana and worked as the sheriff of Fayette Co. at the time the incident took place. Fayette Co. Jail, 123 West 4th St. Connersville, IN. 47331

Tanner Earl, defendant, is a citizen of Fayette Co. Indiana and worked as a Jail Commander at the Fayette Co. Jail, 123 West 4th St. Connersville, IN. 47331

is (if a person or private corporation) a citizen of ___Indiana___
(State, if known)

and (if a person) resides at ___123 W. 4th St. Connersville, IN. 47331___
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___Fayette Co. Jail 123 W. 4th St. Connersville, IN. 47331___
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On September 27th, 2022, I was Transported to the Fayette County Jail were the Sheriff was Zach Jones and the Jail Commander was Tanner Earl. Within days I developed severe breathing problems. The air system is not properly maintained and there is large amounts of black mold growing in the showers and the walls outside the showers. After developing severe astmatic problems and having to see the nurse for a rescue inhaler, I filed a grievance on the living conditions of the cell block. This grievance went to Tanner Earl and he replied that Maintenance had

Complaint - 2

been informed. After nothing was done I filed another grievance to Zach Jones. I never recieved that on back and on 1-30-23 I filed a grievance on the grievance process and was told I could address the Captain or Sheriff. All attempts to do so failed. There was a two month period that the block was without a fire alarm. I was at the Fayette County Jail from 9-27-22 through 2-3-23 and the problem was never properly taken care of. Upon returning to the Putnamville Correctional Facility, I had to have x-rays of my lungs as well as lab work to be sure there wasn't a more serious problem that developed. I'm now on daily inhalers. This all took place in the Fayette County. At some point an inmate was brought in and painted over the mold with a dark grey so the mold wasn't as easily seen, it bled right through the paint. I feel that the employees of Fayette Co. Jail simply don't care about inmates health or well being and don't have Jail Maintenance as a priority.

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.
OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

The most important action, I believe, is for the Fayette County Jail to be ordered to go through the Jail and fix the problems that put inmates health at risk. I'd also like to be awarded $75,000.00 due to the fact I now have to use an inhaler every day, for the rest of my life. I will now have pain and suffering for the rest of my life.

E. JURY DEMAND

[✓] Jury Demand - I want a jury to hear my case
OR
[ ] Court Trial - I want a judge to hear my case

Dated this 4th day of ~~March~~ February 20 23.

Respectfully Submitted,

*Aaron Weston*
Signature of Plaintiff

227188
Plaintiff's Prisoner ID Number

1946 West US Hwy 40
Greencastle, IN. 46135
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

[✓] I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

[ ] I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.