UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| AARON TRAVIS WESTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:23-cv-00175-MPB-MJD |
| | ) |
| ZAC JONES and TANNER EARL | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING JOINT**
**STIPULATION OF DISMISSAL WITH PREJUDICE**

The Court, having reviewed the Parties' Joint Stipulation of Dismissal with Prejudice, hereby dismisses this cause against all Defendants, with prejudice, with the Parties to bear their own costs, attorneys' fees, and expenses.

Dated: February 21, 2024

_____
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system and to

Aaron Travis Weston, Pro Se
DOC #227188
Putnamville Correctional Facility
INMATE PARCELS/INMATE MAIL
1946 W. U.S. Hwy 40
Greencastle, IN  46135